[No. 49913-1-I.   Division One.   September 23, 2002.]

LISA A. LOPEZ, ET AL., *Appellants*, v. THE CITY OF SEATTLE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-18029-1, J. Kathleen Learned, J., entered December 28, 2001. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.

[No. 20441-3-III.   Division Three.   September 24, 2002.]

*In the Matter of the Marriage of* PAULA LOUISE RATLIFF, *Respondent*, and WALTER BRYAN RATLIFF, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 00-3-00039-8, Michael E. Cooper, J., entered July 23, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, A.C.J., and Sweeney, J.

[No. 20048-5-III.   Division Three.   September 26, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH HAROLD HOOPER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 00-1-00972-4, Carolyn A. Brown, J., entered March 16, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Brown, C.J., and Kato, J.